IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 NOV -1   P 1: 09

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

| | | |
|---|---|---|
| REBECCA MOORE | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. JKB-11-1768 |
| PRINCE-PARKER & ASSOCIATES, INC. | * | |
| Defendant | * | |

\*\*\*

## ORDER

Upon consideration of plaintiff's notice of voluntary dismissal (ECF No. 7) and in light of plaintiff's notice that the above-captioned case has been settled (ECF No. 6), it is this _1_ day of _Nov._, 2011, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The October 31, 2011 order to show cause (ECF No. 5) IS QUASHED;

2. The complaint IS DISMISSED;

3. Costs ARE WAIVED by the parties;

4. The Clerk SHALL PROVIDE a copy of this order to counsel; and

5. The Clerk SHALL CLOSE this case.

James K. Bredar
United States District Judge